# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                                                              PLAINTIFF

v.                                        2:15CV00074-JM-JTK

ROY GRIFFEN, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the subsequent Motion for Emergency Medical Treatment which the Court deems to be Plaintiff's objections, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Emergency Medical Treatment, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 3), is DENIED. Plaintiff's Motion for Emergency Medical Treatment (Doc. No. 23) is DENIED.

IT IS SO ORDERED this 6th day of July, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE