**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHN T. MOSS,
ADC #79311                                                                                               **PLAINTIFF**

v.                                             2:15CV00074-JM-JTK

ROY GRIFFEN, et al.                                                                             **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 14), is DENIED.

IT IS SO ORDERED this 10th day of August, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE