# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                                                              PLAINTIFF

V.                                        2:15CV00074-JM-JTK

ROY GRIFFEN, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Griffen's Motion to Dismiss (Doc. No. 21) is GRANTED.

IT IS SO ORDERED this 10th day of August, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE