## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JOHN T. MOSS,                                                                                   PLAINTIFF
ADC #79311

v.                              2:15CV00074-JM-JTK

ROY GRIFFEN et al.                                                   DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1)      Defendants' Motion for Summary Judgment (Doc. No. 56) is GRANTED.

2)      Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 30th day of June, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE